UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTIZ GOMEZ, JR.<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 2:18-cv-7305-VEB<br><br>ORDER AWARDING EAJA ATTORNEYS' FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees,

IT IS HEREBY ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of three thousand dollars ($3,000.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the Stipulation.

DATED: July 2, 2020         /s/Victor E. Bianchini
                            VICTOR E. BIANCHINI
                            UNITED STATES MAGISTRATE JUDGE